# UNITED STATES DISTRICT COURT

## District of Minnesota

*TO:* Clerk of Court, USDC, Eastern District of PA, US Courthouse, 601 Market Street, Philadelphia, PA 19106-1797

( ) THIRD DIVISION: 708 Federal Bldg., 316 N. Robert St., St. Paul, MN 55101 Phone (651)-848-1100
( x ) FOURTH DIVISION: 202 U. S. Courthouse, 300 S. 4th St., Mpls., MN 55415 Phone (612) 664-5000
( ) FIFTH AND SIXTH DIVISION: 417 Federal Bldg., 515 W. 1st St., Duluth, MN 55802 Phone (218)-529-3500

| | |
|---|---|
| **DATE:** 10/28/01 | **CIVIL FILE NUMBER:** 01-1448 JRT/SRN, 01-1538 JRT/JMM, 01-1597 JRT/SRN, 01-1612 JRT/SRN |
| **CASE TITLE** | **Diet Drugs MDL 1203** |
| | The above entitled action was: ( ) removed from county court OR ( ) transferred from another district, filed in the ( ) St. Paul-3rd Division ( ) Minneapolis-4th Division ( ) Duluth-5th Division ( ) Fergus Falls-6th Division on ___, assigned to Judge and Magistrate Judge____ . Please direct future filings to the office indicated. |
| | The above entitled action was filed in this court on __, assigned to Judge__ and referred to U. S. Magistrate Judge__. The file will be maintained at the Clerk's Office in ( ) St. Paul, ( ) Minneapolis or ( ) Duluth. Please note this information for future reference. cc to: |
| | **LR79.1(d) and/or LR 37.2 DISCOVERY MOTIONS**: Discovery documents are returned pursuant to Local Rule. |
| | A certified copy of the Order of Remand is enclosed. |
| xxxxxx | The above entitled actions are being transferred to your court pursuant to Transfer Order of MDL panel filed 10/28/01 . Certified copies of the docket entries and the complaints are enclosed. Please acknowledge receipt of these cases by returning a date-stamped copy of this notice indicating the filing date and civil case numbers assigned in your court. |
| | A Bill of Costs is to be submitted on a form as provided by the court. Form AO 133 and instructions for completion are attached. |
| | Your original documents are returned. Copies of state court documents were submitted when the action was removed to this court. |
| | OTHER: |

Deputy Clerk Shirley Hansen

Forms/cklist.f.wpd

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

RECEIVED
BY U.S. MAIL
2001 OCT 23 AM 9:23
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
215) 597-

October 21, 2001

Francis E. Dosal
District Clerk
202 U.S. Courthouse
300 South Fourth St.
Minneapolis, MN 55415

Re: Diet Drugs MDL 1203
**SEE ATTACHED LIST**

Dear Clerk:

Enclosed is a certified copy (or copies) of an order of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action (s) to this district under 28 U.S.C. Section 1407.

**Panel Rule 19(a) has been suspended in this litigation. Please provide only a certified copy of the docket entries and a certified copy of the complaint together with any amendments to the complaint.**

**DO NOT FORWARD THE ORIGINAL RECORD(S).** (See Pretrial Order #2 enclosed)

Should you have any questions regarding this request, please call me at the number listed above.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: Sharon Carter
MDL Coordinator

enc.

FILED

JAN - 9 1998

MICHAEL E. KUNZ, Clerk
By ________ Dep. Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE PRODUCTS LIABILITY LITIGATION) | : | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : | |

**PRETRIAL ORDER #2**

AND NOW, this 7th day of January, 1998, for the purposes of MDL 1203 and until further notice of the transferee court, this order changes the duties of a transferor court under Rule 19(a), (b) and (c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation as follows:

> Upon receipt of a certified copy of a transfer order from the clerk of the transferee district court, the clerk of the transferor court shall retain the entire original file and forward to the clerk of the transferee district court only a certified copy of both the docket sheet and the complaints together with amendments, if any. The clerk of the transferor court shall mark the case closed upon transfer to the transferee court. Following the docketing of a transfer order in the transferee court, any papers to be filed regarding any civil action covered by that transfer order are to be filed in the transferee court.

LOUIS C. BECHTLE, J.

A CERTIFIED TRUE COPY

OCT 15 2001

ATTEST
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 10-19-01
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 27 2001

FILED
CLERK'S OFFICE

***DOCKET NO. 1203***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-79,***

On December 10, 1997, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 2,840 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Harvey Bartle, III.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Bartle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of December 10, 1997 (1997 WL 774-929), as amended on January 6, 1998, cited at 990 F. Supp. 834 (J.P.M.L. 1998), and, with the consent of that court, assigned to the Honorable Harvey Bartle, III.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

OCT 15 2001

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

FILED OCT 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# SCHEDULE CTO-79 – TAG ALONG CASES
# DOCKET NO. 1203
# IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

| District | Div | Civil Action # | |
|---|---|---|---|
| ALABAMA MIDDLE | | | |
| ~~ALM~~ | ~~2~~ | ~~01-1037~~ | ~~Adkins v. American Home Products Corp., et al.~~ vacated 10/11/01 |
| FLORIDA MIDDLE | | | |
| ~~FLM~~ | ~~8~~ | ~~01-1587~~ | ~~Delorme v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1588~~ | ~~Hutter v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1589~~ | ~~Hudson v. American Home Products Corp., et al.~~ opposed 1011/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1591~~ | ~~Wines, et al. v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1592~~ | ~~Mallen v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1593~~ | ~~Banks v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1594~~ | ~~Oxendine v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1595~~ | ~~Salley, et al. v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1596~~ | ~~Mullen, et al. v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1597~~ | ~~Franklin v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1598~~ | ~~Peterson v. American Home Products Corp., et al.~~ 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1599~~ | ~~Hutter v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1601~~ | ~~Scharle, et al. v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1603~~ | ~~Burnett, et al. v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1604~~ | ~~Parsons, et al. v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1605~~ | ~~Wilfong v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1606~~ | ~~White, et al. v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1607~~ | ~~Williams v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1608~~ | ~~Lowden, et al. v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1609~~ | ~~Mathias, et al. v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1610~~ | ~~Desmond, et al. v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1611~~ | ~~Harasym, et al. v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1612~~ | ~~Martinez v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1613~~ | ~~Thronson, et al. v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1614~~ | ~~Teig, et al. v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1615~~ | ~~Petterson v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1616~~ | ~~Minter v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1618~~ | ~~Schlangen, et al. v. American Home Products, et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1619~~ | ~~Castleman, et al. v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1620~~ | ~~Leblanc, et al. v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1622~~ | ~~Spencer, et al. v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1623~~ | ~~Hunt v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1624~~ | ~~Ivan v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1625~~ | ~~Sedlar, et al. v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1626~~ | ~~Hughes, et al. v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1627~~ | ~~Nunnery v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1628~~ | ~~Rasmussen, et al. v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1629~~ | ~~McDonald v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1630~~ | ~~Gilman, et al. v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1631~~ | ~~Edling, et al. v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1632~~ | ~~Mathena, et al. v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1633~~ | ~~Reynolds, et al. v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1634~~ | ~~Godtland, et al. v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1635~~ | ~~Sockol, et al. v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1702~~ | ~~Wintner v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1703~~ | ~~Cooney, et al. v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1704~~ | ~~Lockhart v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1705~~ | ~~Shepherd, et al. v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| ~~FLM~~ | ~~8~~ | ~~01-1724~~ | ~~Warfield v. American Home Products Corp., et al.~~ opposed 10/11/01 |
| LOUISIANA WESTERN | | | |
| LAW | 5 | 01-1404 | Burton v. American Home Products Corp., et al. |
| LAW | 6 | 01-1402 | Sibille v. American Home Products Corp., et al. |

SCHEDULE CTO-79 TAG-ALONG CASES (Cont.) MDL-1203 

| District | Div | Civil Action # | |
|---|---|---|---|
| MINNESOTA | | | |
| MN | 0 | 01-1447 | Turner v. Wyeth-Ayerst Laboratories, et al. |
| MN | 0 | 01-1448 | Bonin v. Wyeth-Ayerst Laboratories, et al. |
| MN | 0 | 01-1466 | Cachelin v. Wyeth-Ayerst Laboratories, et al. |
| MN | 0 | 01-1538 | Siewert, et al. v. Wyeth-Ayerst Laboratories, et al. |
| MN | 0 | 01-1597 | Winters v. American Home Products Corp., et al. |
| MN | 0 | 01-1609 | Carlson v. Wyeth-Ayerst Laboratories, et al. |
| MN | 0 | 01-1610 | Lee v. Wyeth-Ayerst Laboratories, et al. |
| MN | 0 | 01-1611 | Matthews v. Wyeth-Ayerst Laboratories, et al. |
| MN | 0 | 01-1612 | Fausett v. Wyeth-Ayerst Laboratories, et al. |
| MISSOURI WESTERN | | | |
| MOW | 4 | 01-890 | Lachance, et al. v. American Home Products Corp., et al. |
| MISSISSIPPI SOUTHERN | | | |
| MSS | 1 | 01-373 | Oliver, et al. v. American Home Products Corp., et al. |